# EXHIBIT F

# When backing off a fastener did you ever wish you had a little more room? Now you do.



**RT101**
See Page 4 for visual applications

⚠ **WARNINGS**
- Wear safety goggles. (User and bystanders.)
- Do not use chrome or industrial finish hand tools with impact drivers.
- Read additional safety precautions on pages 534 to 537 in product catalog CAT1000.

Country of Origin – United States

***Applications:***
- Great for under-dash cramped quarters
- Torque converter bolts
- Under cowls on late model pickup trucks
- Great kit for your motorcycle, ATV, snowmobile, watercraft or boats with inboard motors.
- Transmission bolts on transverse mounted engines
- Mobile repair kits

***Features and Benefits:***
- Low profile sockets combined with 0° degree mini ratcheting wrench work great in the tightest of areas.
- 72 gear teeth requires minimal movement in tight areas.
- Low profile easy-action reverse lever won't get in your way.
- Thin handle cross section allows for greater accessibility in tight quarters.
- Sockets can be used with 1/4" extensions or any 1/4" ratchet.
- Bolt clearance through hole.
- Manufactured from special alloy steel, precision forged and heat treated for optimum strength and durability.
- Nickel/chrome plating helps protect against corrosion and makes easy to wipe clean.
- 11mm hex on sockets adds flexibility where they can be used on any 11mm ratcheting wrench.

Dimensions and dimension drawings on page 3

See page 2 showing the "Low Profile" difference compared with competitors

**111RT – 11 Piece 1/4" Drive Fractional Low Profile Ratchet/Socket Set includes:**
**RAT72 – 72 Tooth Low Profile Ratchet**
**and 10 - 12 Point Low Profile Sockets:**
RT61 (3/16") RT71(7/32") RT81(1/4")
RT91(9/32") RT101 (5/16") RT111(11/32")
RT121(3/8") RT141 (7/16") RT161 (1/2")
RT181 (9/16")

CE – Not Required



April 5, 2010

Snap-on is a trademark, registered in the United States and other countries, of Snap-on Incorporated. Other marks are marks of their respective holder. ©Snap-on Incorporated 2010.
www.snapon.com

Case 2:12-cv-01173-JPS   Filed 11/16/12   Page 2 of 5   Document 1-7

# 111RT Height Comparisons

Compare the difference with our competitors...





.56" (43%)

Snap-on — Competitor B



.50" (40%)

Snap-on — Competitor C

...up to 43% shorter for more clearance for the tightest working areas.



.50" (40%)

Snap-on — Competitor A

Snap-on

April 5, 2010

Case 2:12-cv-01173-JPS   Filed 11/16/12   Page 3 of 5   Document 1-7

## Why Use a Ratchet and Socket Versus a Racheting Box Wrench?







Head thickness .223

-Thin socket wall doesn't have head distance issue

**Ford Explorer**
Many fasteners have casting profiles where a ratcheting wrench will not fit due to head diameter and a thin wall socket is needed. Many of these are in tight locations where the low profile sockets and ratchet will work perfectly.

-Many cast components include tight fastener cavities.

| Ratchet | A | B | C | | |
|---|---|---|---|---|---|
| RAT72 | .34" | .90" | 4.35" | | |
| Socket | A | B | C | D | E |
| R101 | .30" | .48" | .35" | .79" | .09" |
| R171 | .33" | .48" | .36" | .80" | .10" |
| R081 | .37" | .48" | .32" | .76" | .11" |
| R191 | .41" | .48" | .32" | .76" | .13" |
| RT101 | .45" | .48" | .31" | .75" | .15" |
| RT111 | .50" | .48" | .40" | .78" | .17" |
| RT121 | .54" | .48" | .28" | .69" | .18" |
| RT141 | .60" | .48" | .26" | .70" | .19" |
| RT161 | .68" | .48" | .23" | .71" | .21" |
| RT181 | .74" | .48" | .26" | .74" | .24" |

Case 2:12-cv-01173-JPS Filed 11/16/12 Page 4 of 5 Document 1-7

## 111RT – Applications of sockets



Sockets can be used with any 1/4" ratchet



Sockets can be used with any 1/4" extension



Sockets can be used with any 11mm ratcheting wrench...for example one with a 15° offset or flex head.

Snap-on®

April 5, 2010

Case 2:12-cv-01173-JPS   Filed 11/16/12   Page 5 of 5   Document 1-7